UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COMER & CROSS CONCRETE
COATINGS, LLC, a Michigan limited
Liability company,

    Plaintiff,

vs.

GRANT RUSHING, an individual, and
MI FLOOR COATINGS, LLC, a Michigan
limited liability company,

    Defendants.

Case No. 2:24-cv-11301-LVP-CI

Hon. Linda V. Parker
Mag. Judge Curtis Ivy, Jr.

---

| STROBL PLLC | KOPKA, PINKUS, DOLIN & EADS |
|---|---|
| Henry J. Andries, Jr. (P53669) | Kevin J. Plagens (P55992) |
| Evan Kaploe (P75831) | Attorney for Defendants |
| Attorneys for Plaintiff | 33533 W. Twelve Mile Road |
| 33 Bloomfield Hills Parkway, Ste. 125 | Suite 350 |
| Bloomfield Hills, MI  48304 | Farmington Hills, MI  48331 |
| P. (248) 205-2710 | P. (248) 324-2620 |
| F. (248) 645-2690 | F. (248) 324-2610 |
| handries@strobllaw.com | kjplagens@kopkalaw.com |
| ekaploe@strobllaw.com | |

---

## **STIPULATED ORDER FOR REMAND**

    Plaintiff having filed a Motion for Remand (the "Motion") based on lack of subject matter jurisdiction, the parties through their undersigned counsel having

stipulated to remand the case to state court, the Court having reviewed the stipulation and being fully advised in the premises:

IT IS HEREBY ORDERED that the above-captioned case is remanded for lack of subject matter jurisdiction without payment of any costs and expenses, including attorney fees, to any party; and

IT IS HEREBY FURTHER ORDERED that the case is remanded back to the Oakland County Circuit Court for the State of Michigan and the Clerk of the Court for the Eastern District of Michigan shall administratively close this case.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: May 31, 2024

Stipulated and Agreed:

*/s/ Henry J. Andries, Jr.*
Henry J. Andries, Jr. (P53669)
Attorney for Plaintiff

*/s/ Kevin J. Plagens*
Kevin J. Plagens (P55992)
Attorney for Defendants

*S&B\112166\002\ORDER\SB863227.DOCX

2